UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LARRY JEROME WILLIAMS,**

    Petitioner,

v.                                                           Case No. 5:24-cv-13-TKW-MJF

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 7) and Petitioner's "Report for Recommendation Court Order" (Doc. 9). The Court will treat Petitioner's filing as an objection to the Report and Recommendation.

The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3). Based on that review, the Court agrees with the magistrate judge's determination that the Court lacks jurisdiction to consider Petitioner's amended habeas petition, because it is an unauthorized second or successive petition under 28 U.S.C. §2254. Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus challenging Petitioner's judgment of conviction and sentence in *State of Florida v. Larry Jerome Williams*, Jackson County Circuit Court Case No. 2010-CF-38, is **DISMISSED without prejudice** for lack of jurisdiction.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 11th day of March, 2024.

*[signature]*

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**